IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DARPANA PATEL and SNEHAL PATEL                                              PLAINTIFFS

VS.                                                      CASE NO. 3:21-cv-00117-MPM-RP

GEICO ADVANTAGE INSURANCE COMPANY                                            DEFENDANT

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion *ore tenus* of the parties to dismiss plaintiffs' causes of action with prejudice, and this Court, having considered the same and being fully advised in the premises, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 15th day of June 2022.

      /s/ Michael P. Mills
HONORABLE MICHAEL P. MILLS
SENIOR U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

**Agreed to:**

*/s/ Philip W. Gaines*
PHILIP W. GAINES, ESQ. – MS BAR #4368
KENNETH MAYFIELD, ESQ. – MS BAR #1966
*Attorneys for Plaintiffs*

*/s/ Shea S. Scott*
SHEA S. SCOTT, ESQ. – MS BAR #100775
*Attorney for Defendant*

{D1933928.1}